Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7189 | **DATE** | 11/13/2009 |
| **CASE TITLE** | Midwest Generation EME vs. Continuum Chemical Corp. | | |

**DOCKET ENTRY TEXT**

MOTION by Counter Claimant Continuum Chemical Corporation, Respondent Continuum Chemical Corporation to amend  its Petition to Vacate Arbitrator Award [84] in order to remove all allegations regarding Arbitrator Slutzky  is granted.  Notice of Motion date of 11/17/09 is stricken and no appearances are necessary on that date.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|