

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Midwest Generation EME, LLC,

    Petitioner/Counter-Respondent,

v.

Continuum Chemical Corporation,

    Respondent/Counter-Petitioner.

08cv 7189

Civil Action No. 08 CV 7189

Hon. Judge Robert M. Dow

Magistrate Judge Jeffrey Cole

## AGREED ORDER

This matter coming to be heard on Midwest Generation EME, LLC's ("Midwest") Agreed Motion For An Extension of Time ("Agreed Motion") To File Its Response to Continuum Chemical Corporation's ("Continuum") amended Motion For Leave To Take Limited Discovery" [Docket No. 79] (the "Amended Motion") and Continuum's "Amended Brief In Support of Pending Motion For Leave To Take Limited Discovery" [Docket No. 80] (the "Amended Memorandum"), due notice having been given, and the court being fully advised in the premises, **IT IS HEREBY ORDERED**:

1. The Agreed Motion is granted.

2. Midwest's deadline to file its brief in response to Continuum's Amended Motion and Amended Memorandum is extended to and including:

    a. December 16, 2009, if Judge Robert M. Dow denies Continuum's Motion to Substitute Exhibit "D" To Its Amended Counter-Petition To Vacate [Docket No. 89]; or

    b. seven (7) days after the day when Continuum re-files an amended counter-petition to vacate if Judge Robert M. Dow grants Continuum's Motion to Substitute Exhibit "D" To Its Amended Counter-Petition To Vacate [Docket No. 89].

Dated: December 8, 2009

Hon. Jeffrey Cole
United States Magistrate Judge